LEO H. BOHLING, Appellant, *v.* EDWARD CORSI, as Industrial Commissioner, et al., Respondents.

Argued January 13, 1954; decided March 4, 1954.

*Merwin K. Hart, Jr.,* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.